**DISMISS; Opinion Filed April 8, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01242-CV

### FRED CAMPBELL, JR., Appellant
### V.
### CITIFINANCIAL, INC., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03526**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Lang

Appellant's brief in this case is overdue. By postcard dated January 17, 2014, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

131242F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FRED CAMPBELL, JR., Appellant

No. 05-13-01242-CV          V.

CITIFINANCIAL, INC., Appellee

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-03526.
Opinion delivered by Justice Lang.   Justices Moseley and Francis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CITIFINANCIAL, INC. recover its costs of this appeal from appellant FRED CAMPBELL, JR..

Judgment entered this 8th day of April, 2014.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE